IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Alvaro Romero and Edgardo Alonso, individually, Plaintiffs<br>v.<br>Exacta, LLC d/b/a Public House, Defendant. | Case No. 1:16-cv-8363<br>Hon. Judge Tharp, Jr.<br>Hon. Magistrate Judge Finnegan |

## STIPULATION OF DISMISSAL

The Plaintiffs, Alvaro Romero and Edgardo Alonso, and Defendant, Exacta, LLC d/b/a Public House, having entered into a settlement agreement, hereby stipulate, through counsel, to the dismissal of the instant lawsuit and without an award of costs of attorneys' fees to any party. The parties request that the Court dismiss this case *without* prejudice and an automatic conversion to a dismissal *with prejudice* unless any motion to reinstate is filed on or before **January 22, 2018**.

Respectfully submitted on Thursday, December 27, 2017.

| PLAINTIFFS | DEFENDANT |
|:---:|:---:|
| By: /s/ Valentin T. Narvaez<br>Consumer Law Group, LLC<br>6232 N. Pulaski Rd., Suite 200<br>Chicago, IL 60646 | By: /s/ Jason Keck<br>Fisher & Phillips LLP<br>10 S. Wacker Dr., Ste. 3450<br>Chicago, IL 60606 |